# EXHIBIT C
# (COMPLAINT)

E-FILED; Carroll Circuit Court
Docket: 9/5/2024 5:27 PM; Submission: 9/5/2024 5:27 PM
Envelope: 17904685

BARBARA OWENS                          *
325 Pleasanton Road                          IN THE CIRCUIT COURT
Apt. B-11                              *
Westminister, MD 21157
                                       *             FOR

  Plaintiff                  *    CARROLL COUNTY, MARYLAND

                                       *

vs
                                       *

AMAZON CORPORATE, LLC                  *
 serve on
Corporation Service Co.                *
300 Deschutes Way, SW
Suite 208                              *
MC-CSC 1
Turnwater, WA 98501                    *

  Defendant                  *

and                                    *

shen zhen shi feng chao                *
 ke ji you xian gong si
A/K/A                                  *
 Linhai City Ziye Leisure Products Co.
                                       *
  Defendant
                                       *
serve on:

Maryland Department of Assessments and Taxation
700 East Pratt Street                  *
2nd Floor
Suite 2700                             *
Baltimore, MD 21202

                                       *

                                       *


*   *   *   *   *   *   *   *   *   *   *   *   *


## COMPLAINT

NOW COMES Barbara Owens, Plaintiff, by and through her attorneys Richard P

Shapiro, P.A. and Richard Shapiro, Esq. and sues the Defendants, Amazon Corporate, LLC, hereinafter "Amazon", and Linhai City Ziye Leisure Products, Co., hereinafter "Linhai", and for cause states:

1. Plaintiff, Owens is a resident of Carroll County Maryland.

2. Defendant Amazon Corporate, LLC is a corporation engaged in the sale, representation, and advertising of consumer products, and conducts business in the State of Maryland, and represents, sells, promotes, and advertises products for sale in the State of Maryland by Defendant Linhai City Ziye Leisure Products, Co.

## COUNT I
### (Products Liability)

3. Defendant Linhai makes outdoor leisure furniture, specifically a Chaise Lounge, advertised by Amazon as:

"Ezcheer Oversize Folding Outdoor Chaise Lounge, 16 inch Extra High Patio Camping Sunbathing Recliner, 4 Level Adjustable Lay Flat Pool each Lawn Chair with Storage Bag (Black)"

4. Plaintiff purchased the advertized product on or about April 29, 2022 through Amazon, in the amount of $137.79 with her credit card, Order # 113-6443423-8859453.

5. The Chaise was placed into the stream of commerce and sold by Amazon in a defective and unreasonably dangerous condition in that the Chase contained a latent manufacturing flaw which resulted in the hinge on the chaise failing, and breaking apart while Plaintiff Owens sat on the chaise.

6. The Chaise reached Plaintiff Owens without any substantial change in its condition and

was in that same condition at the time of the injury hereafter alleged.

7. On May 21, 2022, the while Plaintiff Owens was using the chaise in a foreseeable manner, the hinge failed and broke apart, causing the Chaise to collapse , catching Owens left pinky finger in the chaise, traumatically amputating part of the finger.

8. The traumatic amputation of Plaintiff Owen's finger occurred because of a defect in the manufacture of the chaise, If the chaise had not had the defect in the manufacture alleged herein, Plaintiff Owen's finger would not have been injured.

9. As a result of the defect described above, Plaintiff Owen suffered extreme pain and agony which continues to the present and which is expected to continue for the rest of his life. She has experience a debilitating , permanent disfigurement of her left hand. She has incurred medical expenses and substantial future medical expenses are expected all as a result of the defect described above.

WHEREFORE, Plaintiff Owen prays damages in an amount that exceeds, $75,000.00, both jointly and individually, against the Defendants.

## COUNT II
### (Breach of Implied and Express Warranty)

10. Plaintiff does hereby incorporate by reference each and every allegation contained in paragraph's 1 through 9 herein.

11. At the time of the sale and delivery of the Chaise Lounge, Defendant Linhai, through Defendant Amazon impliedly warranted to Plaintiff Owen that the Chaise Lounge was merchantable and fit for the advertised purpose for which chaise lounges are intended, namely, for sitting or reclining on.

12. At the time of sale and delivery of the chaise lounge, Defendants impliedly warranted to Plaintiff Owen that the chaise lounge was fit for the particular purpose which Owen had purchased the chaise lounge. Defendant's held itself out to the public as possessing superior knowledge and skill in the manufacture of this particular chaise lounge. Plaintiff Owen relied on this superior knowledge and skill of Defendants in selecting the chaise lounge for her particular requirements.

13. On May 21, 2022 when Plaintiff attempted to sit on the chaise lounge, it collapsed and severely damaged and injured the Plaintiff when it amputated her finger, and the Plaintiff, Owen could no longer use the chaise lounge.

14. Plaintiff Owen notified Defendant Amazon of the breach of warranty within a reasonable time after the breach and prior to filing this action.

15. As a result, Defendant's breached its implied warranties of merchantability and fitness for a particular purpose to Plaintiff Owen which directly and proximately caused Plaintiff Owen to suffer great pain and continues to suffer great pain and loss.

**WHEREFORE,** Plaintiff claims damages in excess of $75,000.00 against the Defendants.

## COUNT III
### (Breach of Warranty of Fitness for a Particular Purpose)

16. Plaintiff incorporates by reference each and every allegation in paragraphs 1 through 15 as if repeated herein.

17. Defendant's advertised and solicited the public consumers that the advertised chaise lounge was of a particular size and strength to accommodate persons up to 350 lbs.

18. Defendants had reason to know of the particular purpose for which the goods are required and that Plaintiff Owen's relied on the Defendants skill and judgment as advertised to

select the chaise lounge.

19. The Defendant failed to provide goods which met the Plaintiff's particular purpose which resulted in the breach of the implied warranty of fitness and Plaintiff relied upon Defendants affirmation of fact.

WHEREFORE, Plaintiff Owen prays damages in excess of $75,000.00.

## COUNT IV
### Bad Faith

20. Plaintiff does hereby incorporate by reference each and every allegation contained in paragraph's 1 through 19 herein.

21. Amazon advertizes that they will investigate the claim, and attempt to facilitate a resolution.

22. The Plaintiff has attempted on numerous occasions to resolve this claim however, Amazon refuses to acknowledge or discuss the claim.

23. The Defendants lack of communicating and any attempt to resolve this claim after over 2 years has caused the Plaintiff additional emotional stress, humiliation, and embarrassment.

24. The Plaintiff has acted in good faith in trying to speak to the Defendant about this case only to be greeted with complete disregard for this matter.

WHEREFORE, Plaintiff Owen prays damages in excess of $75,000.00.

Respectfully submitted,

Richard P Shapiro, P.A.
Richard Shapiro, Esq.

ID No. 8205250010
201 North Charles Street
Suite 804
Baltimore, MD 21201
410 685-1992
Richard@rpshapiro.com

Richard P Shapiro, P.A.
201 North Charles Street
Suite 804
Baltimore, MD 21201



CERTIFIED MAIL™

9171 9690 0935 0045 0410 41



PITNEY BOWES
$10.20 0
US POSTAGE™
FIRST-CLASS
028W0002311246
2000114731
ZIP 21201
SEP 05 2024

AMAZON CORPORATE, LLC
CORPORATION SERVICE CO.
300 DESCHUTES WAY, S W
SUITE 208
MC-CSC 1
TURNWATER, WA 98501

9850187719 C017